**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Brian RAAB, Appellee.**

Supreme Court of Pennsylvania.

Nov. 20, 2007.

---

**3.** Although this Court reversed the Superior Court's decision in *Stipetich,* it did so on the basis that the agreement itself was invalid. *Stipetich,* 652 A.2d at 1295. In that case, police officers had entered into the non-prose-cution agreement with the defendant. This Court held that the police did not have authority to bind the DA's office as to whether charges would be filed. *Id.*

Karen Ann Diaz, Esq., Diane E. Gibbons, Esq., Doylestown, for Commonwealth of Pennsylvania.

Neils C. Eriksen, Jr., Esq., for Brian Raab.

BEFORE: CAPPY, C.J., and CASTILLE, SAYLOR, EAKIN, BAER, BALDWIN and FITZGERALD, JJ.

### ORDER

PER CURIAM.

**AND NOW,** this 20th day of November, 2007, the order of the Superior Court is REVERSED. *See Commonwealth v. Dickerson,* 468 Pa. 599, 364 A.2d 677, 682 (1976) (stating "hearsay evidence is considered valid information in testing probable cause to arrest"); *see also Commonwealth v. Stokes,* 480 Pa. 38, 389 A.2d 74, 77 (1978); Pa.R.E. 104(a).